App. Div.] First Department, July, 1913.

granted; time extended to August first. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Alexander Potter v. Pictorial Review Company.— Motion granted; leave given to plaintiff to serve amended complaint until August first, on payment of costs in this court and at Special Term on or before that date. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Leila M. Baldwin v. American Finance and Securities Company.— Motion granted on conditions stated in memorandum; otherwise denied, with ten dollars costs. Memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Federal Union Surety Company.— Order directed as stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York v. John N. Anhut.— Motion granted; time extended to August eighth. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Leila M. Baldwin v. American Finance and Securities Company.—Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of George M. Miller.— Order modified as stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Owen W. Bohan.— Referee's report approved and proceedings dismissed. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of John N. Anhut.— Respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Martin J. Earley, Jr.— Respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Leo Lerner.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Henry J. Nichols.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke. Dowling and Hotchkiss, JJ.

In the Matter of Stuart M. Kuhn.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Stephen J. Stilwell.— Respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Ben H. Atwell v. Max Rabinoff.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.